UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

**THERESA LEE SHEPHERD,**
      **Plaintiff,**

**v.**

**BOSTON POLICE DEPARTMENT,**
      **Defendant.**

### NOTICE OF REMOVAL
### (PURSUANT TO 28 U.S.C. § 1441)

The Defendant, Boston Police Department, through undersigned counsel, hereby gives notice of the removal of this action pursuant to 28 U.S.C. § 1441 from the Suffolk Superior Court, where this action is currently pending. In Superior Court, the case is docketed as Civil Action No. 2014-1073 and has the same caption as above.

In support of this Notice of Removal, the Defendant states:

1. The action appears to be grounded in the laws and Constitution of the United States of America. The Plaintiff alleges that the Boston Police Department violated her civil rights. See Plaintiff's Summons and Complaint (attached as Exhibit A). Plaintiff's Complaints appears to allege violations of her rights under the Fourth and Fourteenth Amendments for wrongful arrest and "unwarranted stop frisks." Id. Finally, Plaintiff alleges that her "privileges and immunities in the United States were ignored" and that Defendant "takes property without due process." Id.

2. Accordingly, the Plaintiff's claims for relief arise under the Constitution, treaties, or laws of the United States. Therefore, this action is subject to removal under 28 U.S.C. § 1441(b).

3. A fair reading of Plaintiff's Complaint as a whole makes it apparent that federal constitutional law and issues are essential to this case, and therefore Defendant Boston Police Department has a statutory right to remove this action.

4. This notice of removal has been filed within thirty (30) days from service of Plaintiff's complaint upon the Defendant Boston Police Department. See Exhibit A.

    Respectfully submitted,
    BOSTON POLICE DEPARTMENT

    By its attorney,
    Eugene L. O'Flaherty
    Corporation Counsel

    /s/ John J. Boscia
    John J. Boscia (BBO# 679357)
    Assistant Corporation Counsel
    City of Boston Law Department
    City Hall, Room 615
    Boston, MA 02201
    (617) 635-4031
    John.Boscia@boston.gov

## CERTIFICATE OF SERVICE

I, John J. Boscia, hereby certify that on this date I served a copy of the foregoing document via U.S. mail to the Plaintiff acting pro se at:

Ms. Theresa L. Shepherd
12 Aberdeen Road, #2
Milton, MA 02186

4/28/2014              /s/ John J. Boscia
Date                      John J. Boscia