# Commonwealth of Massachusetts

SUFFOLK, ss.



RECEIVED
LEGAL ADVISOR'S OFFICE
2014 APR 26

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 14-1073

Theresa Lee Shepherd _____, Plaintiff(s)

v.

Boston Police Department, Defendant(s)

## SUMMONS

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

To the above-named Defendant: Boston Police Department

You are hereby summoned and required to serve upon Theresa Lee Shepherd

Boston MA 02120

plaintiff's attorney, whose address is One Schroeder Plaza , an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Barbara J. Rouse, Esquire, at Boston, the April 1 day of first , in the year of our Lord two thousand fourteen 14 .

true copy Attest:
4 7 14
Deputy Sheriff Suffolk

Michael Joseph Donovan

Clerk/Magistrate

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
   (1) TORT — (2) MOTOR VEHICLE TORT — (3) CONTRACT — (4) EQUITABLE RELIEF — (5) OTHER

FORM CIV.P. 1 3rd Rev. 20M-10/11

# Commonwealth of Massachusetts

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION
No. ____ 14 - 1073

Thiresa Lee Shepherd , Plff(s).

v.

Boston Police Department , Deft(s).

## SUMMONS
(Mass. R. Civ. P. 4)

(AFFIX FILING STAMP HERE)

_____

, 201__ .

**N.B.    TO PROCESS SERVER: –**
**PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN**
**THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

---

**PROOF OF SERVICE OF PROCESS**

I hereby certify and return that on _____ , 201__ , I served a copy of the within summons,
together with a copy of the complaint in this action, upon the within-named defendant, in the following
manner (See Mass. R. Civ. P. 4 (d) (1-5)):

_____

_____

_____

_____

Dated: _____ , 201__ .

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

SUPERIOR COURT
CIVIL ACTION
NO. _____

*Theresa Shepherd*
PLAINTIFF(S) (PRINT NAME CLEARLY)

14-1073

vs.

*Boston Police Department*
DEFENDANT(S) (PRINT NAME CLEARLY)

COMPLAINT

RECEIVED

APR 01 2014

SUPERIOR COURT - CIVIL
MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE

## PARTIES

1. Plaintiff(s) reside(s) at  12 Aberdeen Rd H

                                      Street                         City or Town

in the County of  Suffolk

2. Defendant(s) reside(s) at  Boston Police Department

                                               Boston

in the County of  1 Schroeder Plaza

                                     Street                     City of Town

## FACTS

3. BPD did violate Therese Lee Shepherd Civil Rights Repeatedly wrongfully arresting Mrs.

4. Shepherd BPD did cause Theres Lee Shepherd to prematurely give birth (Mrs Cory) BPD did create conditions much ejection from Society Loss of wages Past, Present, BPD did inflict Trauma Emmetional Pysical distress, Humiliation, Destroyed Parental Child Relation Ships BPD did Liabel/Slander

_See Attached_

4. Answer this question only if you are seeking a restraining order against the defendant(s):

Have there been any other Court proceedings, criminal or civil, involving you or your family members and the defendant or defendant's family members?

Yes_____          No_____

If Yes, describe the Court proceeding(s) and its/their status. _____

WHEREFORE, plaintiff demands that:

_Relief specified in Statement of Damages_

SIGNED UNDER THE PENALTIES OF PERJURY.

DATE: _April 1 2014_

_ShenLee Shypho_
Signature of Plaintiff(s)
_12 Aberdeen Rd #2_
Street Address
_Milton MA 04514_
City/Town
_857 312 8049_
Telephone

COMMONWEALTH OF MASSACHUSETTS
COMMISSION AGAINST DESCRIMINATION

Theresa l Shepherd                                    March 27, 2014
        Plaintiff

                    vs.

                    Police Department
Boston ~~Housing Authority~~              RE; Complaint
                    Defendant

The Boston Police Department willfully created conditions in which the death of

Clavel Terrel Robinson occurred.

Boston Police Officers, Staff, Agents did cause personal injury.  Due to their misconduct,

excessive force, threats intimidation, and coercion.

Boston Police repeated wrongful arrests, routinely unwarranted stop frisks and unlawful

repossession of my motor vehicle in 2008 resulted in death of Clavel Terrel Robinson.

Boston Police Officers staff agents, white detectives did racially profile, routinely

unlawfully detained Theresa L. Shepherd I have been taunted made fun off racially

profiled beaten up wrongfully arrested over a dozen times.  Strangely enough the tapes

disappeared.  I have been emotionally damaged.  The Boston Police Department has

catapulted my anxiety into a phobia all while other officers did look on while Ms.

Shepherd's privileges and immunities in the United States were ignored along with Life

Liberty and the pursuit of happiness. Boston Police Department also takes property

without due process.

Boston Police Department bent jurisdiction to deny equal protection of the Law

stated in Article 10 enjoyment of life is our/right over two decades.  Statement of

damages is as follows A through G describes plaintiff's injury and extent of injury
totaling $50,000,000.00.

Sincerely

12 ABerdeen Rd #2
Milton, MA 02186
857 312 8049

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

SUPERIOR COURT
CIVIL ACTION
NO. _____

*Theresa Shepherd*
PLAINTIFF(S) (PRINT NAME CLEARLY)

14-1073

vs.

*Boston Police Department*
DEFENDANT(S) (PRINT NAME CLEARLY)

COMPLAINT

RECEIVED

APR 01 2014

SUPERIOR COURT - CIVIL
MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE

### PARTIES

1. Plaintiff(s) reside(s) at  12 A Berdeen Rd #2
   Street                          City or Town

   in the County of  Suffolk

2. Defendant(s) reside(s) at  Boston Police Department

   in the County of  1 Schroeder Plaza          Boston
                          Street                    City of Town

### FACTS

3. BPD did violate Theresa Lee Shepherd
   Civil Rights Repeatedly wrongfully arresting Mrs

4. Shepherd BPD did cause Theres Lee Shephard
   to prematurely give birth (1st Born)
   BPD did create conditions m uch
   ejection from Society Loss of wages Past,
   Present, BPD did inflict Trauma Emmotional
   Pysical distress Humiliation, Destrayed
   Parental Child - Relation Ships
   BPD did Liabul/Slander

_See Attached_

4.   Answer this question only if you are seeking a restraining order against the defendant(s):

Have there been any other Court proceedings, criminal or civil, involving you or your family members and the defendant or defendant's family members?

Yes_____          No_____

If Yes, describe the Court proceeding(s) and its/their status. _____

_____

_____

**WHEREFORE**, plaintiff demands that:

_Relief specified in Statement of Damages_

SIGNED UNDER THE PENALTIES OF PERJURY.

DATE: _April 1 2014_

_Sheu Lee Shypho_
Signature of Plaintiff(s)
_12 Aberdeen Rd #2_
Street Address
_Milton MA 04SL_
City/Town
_857 312 8049_
Telephone

COMMONWEALTH OF MASSACHUSETTS
COMMISSION AGAINST DESCRIMINATION

Theresa l Shepherd                                        March 27, 2014
        Plaintiff


                vs.
                *Police Department*
Boston ~~Housing Authority~~           *RE; Complaint*
               Defendant

        The Boston Police Department willfully created conditions in which the death of

Clavel Terrel Robinson occurred.

Boston Police Officers, Staff, Agents did cause personal injury.  Due to their misconduct,

excessive force, threats intimidation, and coercion.

Boston Police repeated wrongful arrests, routinely unwarranted stop frisks and unlawful

repossession of my motor vehicle in 2008 resulted in death of Clavel Terrel Robinson.

Boston Police Officers staff agents, white detectives did racially profile, routinely

unlawfully detained Theresa L. Shepherd I have been taunted made fun off racially

profiled beaten up wrongfully arrested over a dozen times.  Strangely enough the tapes

disappeared.  I have been emotionally damaged.  The Boston Police Department has

catapulted my anxiety into a phobia all while other officers did look on while Ms.

Shepherd's privileges and immunities in the United States were ignored along with Life

Liberty and the pursuit of happiness. Boston Police Department also takes property

without due process.

        Boston Police Department bent jurisdiction to deny equal protection of the Law

stated in Article 10 enjoyment of life is our/right over two decades.  Statement of

damages is as follows A through G describes plaintiff's injury and extent of injury totaling $50,000,000.00.

Sincerely

12A Berdeen Rd #2
Milton, MA 02186
857 312 8049

# Theresa L. Shepherd

███████████████

**OBJECTIVE:** To obtain a position in sales, accounting or management, where my supervisory
and financial skills can best be utilized

## WORK EXPERIENCE:

**Contemporary Services**                                                       2005-Present
*Event Coordinator*                                                             Boston, MA

- Coordinated major local and state sporting events, including seating, security and personnel
- Ensured all customer service, answered all questions and handled and situations as they arose

**Rent-A-Center**                                                               2004-2005
*Account Manager*                                                               Boston, MA

- Maintained 350 rental accounts, initiated sales and relayed appliance product information
- Engaged in all sales, customer service, product delivery, set up, troubleshooting and removal
- Handled any and all customer questions and complaints to customer satisfaction, logged info

**New Beginnings Academy**                                                      2003-2004
*Teachers Aide*                                                                 Boston, MA

- Created and distributed monthly mailings,including attendance, time cards, report cards,bus logs
- Assisted lead teachers with classroom activities in 6-year-old room,including outing,snack, naps

**Dunkin Donuts**                                                               2001-2002
*Shift Supervisor*                                                              Dorchester, MA

- Engaged in all sales, customer service, cashed out drawers, produced all staff schedules
- Trained incoming staff on policies and procedures, engaged in inventory control and general upkeep

**Windsor Place Condominiums**                                                  2000-2001
*Assistant Site Manager*                                                        Boston, MA

- Coordinated management for large scale apartment complex, collected rent checks and deposited
- Responsible for overseeing all financial transactions for apartment, established all vendor relations
- Hired and supervised staff, including concierge, security, HVAC, cleaning and maintenance staff

**Foot Locker**                                                                 1999-2000
*Sales Associate*                                                               Boston, MA

- Responsible for all sales, relayed product information, stocked all inventory and new product displays
- Engaged in all customer service, ran cash register when needed and answered any customer questions

**Fleet Bank**                                                                  1997-1999
*Department Floater*                                                            Boston, MA

- Responsible for data entry and the division of checks processed into various categories of processing
- Utilized accounting software to track financial data entered including Peachtree program

## EDUCATION:

| | | | |
|---|---|---|---|
| **Harvard Extension School** | Coursework towards M.A | Cambridge, MA | 2006 |
| **Boston University** | Coursework towards B.A | Boston, MA | 2004 |
| **W. Roxbury High School** | HS Diploma | W.Roxbury, MA | 1992 |

# Theresa L. Shepherd



**OBJECTIVE**: To obtain an entry level position in the leagel services field, where my administrative and academic skills can best be utilized.

## WORK EXPERIENCE:

**Contemporary Services**                                     2005-Present
*Event Coordinator*                                          Boston, MA

• Coordinated major local and state sporting events, including seating, security and personnel
• Ensured all customer service, answered all questions and handled and situations as they arose

**Rent-A-Center**                                            2004-2005
*Account Manager*                                            Boston, MA

• Maintained 350 rental accounts, initiated sales and relayed appliance product information
• Engaged in all sales, customer service, product delivery, set up, troubleshooting and removal
• Handled any and all customer questions and complaints to customer satisfaction, logged info

**New Beginnings Academy**                                   2003-2004
*Teachers Aide*                                              Boston, MA

• Created and distributed monthly mailings,including attendance, time cards, report cards,bus logs
• Assisted lead teachers with classroom activities in 6-year-old room,including outing,snack, naps

**Dunkin Donuts**                                            2001-2002
*Staff Supervisor*                                           Dorchester, MA

• Engaged in all sales, customer service, cashed out drawers, produced all staff schedules
• Trained incoming staff on policies and procedures, engaged in inventory control and general upkeep

**Windsor Place Condominiums**                               2000-2001
*Assistant Site Manager*                                     Boston, MA

• Coordinated management for large scale apartment complex, collected rent checks and deposited
• Responsible for overseeing all financial transactions for apartment, established all vendor relations
• Hired and supervised staff, including concierge, security, HVAC, cleaning and maintenance staff

**Foot Locker**                                              1999-2000
*Sales Associate*                                            Boston, MA

• Responsible for all sales, relayed product information, stocked all inventory and new product displays
• Engaged in all customer service, ran cash register when needed and answered any customer questions

**Fleet Bank**                                               1997-1999
*Department Floater*                                         Boston, MA

• Responsible for data entry and the division of checks processed into various categories of processing
• Utilized accounting software to track financial data entered including Peachtree program

## EDUCATION:

| | | | |
|---|---|---|---|
| **Roxbury Community College** | Coursework towards B.A | Boston, MA | 2006 |
| **Boston University** | Coursework towards B.A | Boston, MA | 2004 |
| **W. Roxbury High School** | HS Diploma | W.Roxbury, MA | 1992 |

# THERESA L SHEPHERD

## OBJECTIVE:

*OBTAIN A POSITION IN THE COMMUNICATIONS FIELD WHICH UTILIZES MY HIGH ENERGY, STRONG INTERPERSONAL, ORGANIZATIONAL SKILLS AND LEADERSHIP ABILITIES.*

## EDUCATION:

### HARVARD EXSTENTION SCHOOL

*MASTER OF LIBRAL ARTS IN LITERATURE AND CREATIVE WRITING ANTICIPATED*     CAMBRIDGE, MA
JUNE, 2006

BROOKLI NE, MA
SUMMER, 2004

### BOSTON UNIVERSITY

## RELEVANT COURSEWORK:

*RESEARCH METHODS   CREATIVE WRITTING*
*        PUBLIC SPEACKING*
*MEDIA PRODUCTION    PROFFESSIONAL PUBLISHING*

## QUALIFICATIONS:

LIFE EXPIEREINCE'S PARENTING; BEYOND RELIABILITY DEPENDIBILITY SHARPEND MANAGEMENT AND
SUPERVISORY SKILLS, EXCELLENT HUMAN RELATIONS SKILLS
PROVEN ABILITY TO PLAN, ANALYZE, EXECUTE, RECORD AND REPORT ALL TASKS
MAINTAIN ACCOUNTS PAYABLE AND RECEIVABLE
MICROSOFTWORD, FAX, FILLING

## EXPERIENCE:          CONTEMPOARY SERVICES

*SPECIAL EVENT CORDINATOR*                                    9/04–CURRENT

*REFERRED CLIENTS TO APPROPIATE SERVICES
*COORDINATE, ORGANIZE AND INITIATE PROJECTS
*PARTICIPATED IN VARIOUS ACTIVITIES RELATED TO ENTERTAINMENT AND COMMUNICATIONS

 **Boston Police** DEPARTMENT          A

One Schroeder Plaza, Boston, MA 02120-2014

To Whom It May Concern,

At some given time you had the opportunity to conduct some business at the Boston Police Headquarters, One Schroeder Plaza Boston Ma 02120. When you entered the building, you had to leave your identification with an officer in exchange you received the Boston Police Visitor Pass. It has come to my attention that you left your identification at the front desk. You have not returned the Boston Police Visitor Pass. We are requesting for you to return the pass (via mail or in person) so that we may return your License/ID.  Please contact Sgt. Kraft at 617 343-5297.

Respectfully Submitted

Sgt. Martin Kraft
Administration Supervisor
Operations Division



Social Security Administration
IMPORTANT INFORMATION

SOCIAL SECURITY
SUITE 210N
1250 HANCOCK ST
QUINCY, MA 02169
Date: 01/27/2012
Number: █████████

047 - RP
THERESA SHEPHERD
12 ABERDEEN RD SUITE 2
MILTON, MA 02186

We are returning the attached application you submitted to us requesting to be
payee for CAINE ALEXANDER LINDSAY for your records.

We stored the information you submitted with this request electronically so
there is no reason for us to retain a paper copy.

Social Security Administration
IMPORTANT INFORMATION

SOCIAL SECURITY
SUITE 210N
1250 HANCOCK ST
QUINCY, MA 02169
Date: 01/27/2012
Number: █████████

047 - RP
THERESA SHEPHERD
12 ABERDEEN RD SUITE 2
MILTON, MA 02186

We are returning the attached application you submitted to us requesting to be
payee for GREGORY MARK LINDSAY JR for your records.

We stored the information you submitted with this request electronically so
there is no reason for us to retain a paper copy.

IMPORTANT REMINDER

Penalty of Perjury

You declared under penalty of perjury that you examined all the information on
your request and it is true and correct to the best of your knowledge. You were
told that you could be held liable under law for providing false statements.

IF YOU HAVE ANY QUESTIONS

If you have any questions, you may call, write or visit any Social Security

NAME: SHEPERD, THERESA          PCF: █████████     DOB: ████████       Page: 01

\* \* \* \* \* \* \*   W A R N I N G   \* \* \* \* \* \* \*

THIS INFORMATION MAY CONTAIN CORI. IT IS NOT SUPPORTED BY FINGERPRINTS. PLEASE CHECK THAT THE NAME REFERENCED BELOW MATCHES THE NAME AND DATE OF BIRTH OF THE PERSON.

          COMMONWEALTH OF MASSACHUSETTS
                              CRIMINAL HISTORY SYSTEMS BOARD          

\*\*\* PERSONS COURT SUMMARY \*\*\*



PRIM NAME: SHEPERD, THERESA          DOB: [redacted]          PCF#: [redacted]

$D2$

Extension of the 2009 Poverty Guidelines ...

 

# Extension of the 2009 Poverty Guidelines Until at Least May 31, 2010

[ *Federal Register* Notice, January 22, 2010, (Initial extension of guidelines until March 1) — Full text ]
[ Prior Poverty Guidelines and *Federal Register* References Since 1982 ]
[ Frequently Asked Questions (FAQs) ]
[ Further Resources on Poverty Measurement, Poverty Lines, and Their History ]

Congress has taken action to keep the 2009 poverty guidelines in effect until at least May 31, 2010.

Congressional actions on this matter have been in response to a decrease in the annual average Consumer Price Index (CPI-U) for 2009, projected during 2009 and announced on January 15, 2010 (see http://www.bls.gov/news.release/archives/cpi_01152010.pdf, Table 1A). In the absence of legislative change, this decrease — the first since the poverty guidelines began to be issued in 1965 — would have required HHS to issue 2010 poverty guidelines that were lower than the 2009 poverty guidelines; that would have led to the "reduction in eligibility" referred to in the Congressional explanatory language quoted below.  Congress took several actions on this matter:

1. On December 19, 2009, the Congress enacted and the President signed the Department of Defense Appropriations Act, 2010 (Pub. L. 111-118), which included a provision affecting the poverty guidelines. Section 1012 of this law (as originally enacted, before subsequent amendment) stated that:

> Notwithstanding any other provision of law, the Secretary of Health and Human Services shall not publish updated poverty guidelines for 2010 under section 673(2) of the Omnibus Budget Reconciliation Act of 1981 (42 U.S.C. 9902(2)) before March 1, 2010, and the poverty guidelines published under such section on January 23, 2009, shall remain in effect until updated poverty guidelines are published.

The *Congressional Record* (House) (December 16, 2009, p. H15370) provided the following explanation of this Congressional action in Pub. L. 111-118:

> Section 1012 includes a provision to freeze the Department of Health and Human Services poverty guidelines at 2009 levels in order to prevent a reduction in eligibility for certain means-tested programs, including Medicaid, Supplemental Nutrition Assistance Program (SNAP), and child nutrition, through March 1, 2010.

A *Federal Register* notice about this initial extension of the 2009 poverty guidelines was published on January 22, 2010. (See *Federal Register*, Vol. 75, No. 14, January 22, 2010, pp. 3734-3735.)

2. On March 2, 2010, the Congress enacted and the President signed the Temporary Extension Act of 2010 (Pub. L. 111-144), which included a provision affecting the poverty guidelines.  Section 7 of this law amended Section 1012 of the Department of Defense Appropriations Act, 2010, by replacing "March 1, 2010" with "March 31, 2010".  The effect of this was to extend the 2009 poverty guidelines until at least March 31, 2010.

3. On April 15, 2010, the Congress enacted and the President signed the Continuing Extension Act of 2010 (Pub. L. 111-157), which included a provision affecting the poverty guidelines.  Section 6 of this law amended Section 1012 of the Department of Defense Appropriations Act, 2010 (as amended by Pub. L. 111-144), by replacing "March 31, 2010" with "May 31, 2010".  The effect of this was to extend the 2009 poverty guidelines until at least May 31, 2010.

Extension of the 2009 Poverty Guidelines Until at Least May 31, 2010

We will provide updated information about the post-May-31 period when it becomes available.

The 2009 poverty guidelines figures that will remain in effect are given below.

**NOTE:** The poverty guideline figures below are NOT the figures the Census Bureau uses to calculate the number of poor persons.
The figures that the Census Bureau uses are the <u>poverty thresholds</u>.

### The 2009 Poverty Guidelines for the 48 Contiguous States and the District of Columbia

| Persons in family | Poverty guideline |
|---|---|
| 1 | $10,830 |
| 2 | 14,570 |
| 3 | 18,310 |
| 4 | 22,050 |
| 5 | 25,790 |
| 6 | 29,530 |
| 7 | 33,270 |
| 8 | 37,010 |
| For families with more than 8 persons, add $3,740 for each additional person. | |

### 2009 Poverty Guidelines for Alaska

| Persons in family | Poverty guideline |
|---|---|
| 1 | $13,530 |
| 2 | 18,210 |
| 3 | 22,890 |
| 4 | 27,570 |
| 5 | 32,250 |
| 6 | 36,930 |
| 7 | 41,610 |
| 8 | 46,290 |
| For families with more than 8 persons, add $4,680 for each additional person. | |

### 2009 Poverty Guidelines for Hawaii

| Persons in family | Poverty guideline |
|---|---|
| 1 | $12,460 |
| 2 | 16,760 |

6/22/2010

Extension of the 2009 Poverty Guidelines Until at Least May 31, 2010

| 3 | 21,060 |
|---|---|
| 4 | 25,360 |
| 5 | 29,660 |
| 6 | 33,960 |
| 7 | 38,260 |
| 8 | 42,560 |
| For families with more than 8 persons, add $4,300 for each additional person. | |

**SOURCE:** *Federal Register,* Vol. 74, No. 14, January 23, 2009, pp. 4199–4201

---

Go to Further Resources on Poverty Measurement, Poverty Lines, and Their History

Go to Frequently Asked Questions (FAQs).

Return to the main Poverty Guidelines, Research, and Measurement page.

Last Revised: 04/19/10

ASPE Home | HHS Home | Questions? | Contacting HHS | Accessibility | Privacy Policy | FOIA | Disclaimers | No FEAR Act
The White House | USA.gov | Flu.gov

U.S. Department of Health & Human Services - 200 Independence Avenue, S.W. - Washington, D.C. 20201

Page 1 of 2



Edward F Davis, Police Commissioner

### INCIDENT REPORT

**STATUS: APPROVED**

ORIGINAL

| KEY SITUATIONS | | | COMPLAINT NO. | RPT DIST. | CAD RA | RPT RA | | CLEAR. DIST. |
|---|---|---|---|---|---|---|---|---|
| OTHERS | | | 080187743 | B3 | 419 | 419 | | |

| UCR INCIDENT DESCRIPTION | UCR FINAL INCIDENT DESCRIPTION | STATUS | | DATE OCCURRED FROM | DATE OCCURRED TO |
|---|---|---|---|---|---|
| INVESTIGATE PERSON | INVESTIGATE PERSON | | | 02/09/2008 | |

| LOCATION OF INCIDENT | | APT | DISPATCH TIME | TIME OCCURRED FROM | TIME OCCURRED TO |
|---|---|---|---|---|---|
| 314 FULLER ST | | 3 | | 01:00 AM | |

| NEIGHBORHOOD | TYPE OF BUILDING | PLACE OF ENTRY | WEATHER | LIGHTING |
|---|---|---|---|---|
| | | | | |

| TYPE OF WEAPON-TOOL | SUSPECT MODE OF TRANSPORTATION | VICTIM'S ACTIVITY | SUSPECT RELATIONSHIP TO VICTIM |
|---|---|---|---|
| | | | |

| UNUSUAL ACTIONS AND STATEMENTS OF PERPETRATOR |
|---|
| |

**PERSONS**

| 1 TYPE | NAME (LAST, FIRST, MI) | | S.S. NO. | | BOOKING NO. | | DOCKET NO. |
|---|---|---|---|---|---|---|---|
| VICTIM | SHEPHERD, THERESA L. | | | | 0 | | |

| ALIAS | ADDRESS | | | GENDER | RACE | DOB | AGE |
|---|---|---|---|---|---|---|---|
| | | | | FEMALE | BLACK NON-HISPANIC | | |

| HEIGHT | WEIGHT | BUILD | | HAIR | | EYES | |
|---|---|---|---|---|---|---|---|
| 5-07 | 000 | N/A | | | | | |

| OCCUPATION | MARITAL STATUS | CONTACT #1 | CONTACT #2 |
|---|---|---|---|
| | | | (000)-000-0000 |

| SPECIAL CHARACTERISTICS (INCLUDING CLOTHING) |
|---|
| |

**PERSONS**

| 2 TYPE | NAME (LAST, FIRST, MI) | | S.S. NO. | | BOOKING NO. | | DOCKET NO. |
|---|---|---|---|---|---|---|---|
| REPORTER | VICTIM | | | | 0 | | |

| ALIAS | ADDRESS | | | GENDER | RACE | DOB | AGE |
|---|---|---|---|---|---|---|---|
| | | | | | | | 0 |

| HEIGHT | WEIGHT | BUILD | | HAIR | | EYES | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| OCCUPATION | MARITAL STATUS | CONTACT #1 | CONTACT #2 |
|---|---|---|---|
| | | | |

| SPECIAL CHARACTERISTICS (INCLUDING CLOTHING) |
|---|
| |

**PERSONS**

| 3 TYPE | NAME (LAST, FIRST, MI) | | S.S. NO. | | BOOKING NO. | | DOCKET NO. |
|---|---|---|---|---|---|---|---|
| OFFENDER | BOSTICK, JAWANA | | 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 | | 0 | | |

| ALIAS | ADDRESS | | | GENDER | RACE | DOB | AGE |
|---|---|---|---|---|---|---|---|
| | | | | FEMALE | N/A | | |

| HEIGHT | WEIGHT | BUILD | | HAIR | | EYES | |
|---|---|---|---|---|---|---|---|
| | | N/A | | BLACK | | BROWN | |

| OCCUPATION | MARITAL STATUS | CONTACT #1 | CONTACT #2 |
|---|---|---|---|
| | | | (000)-000-0000 |

| SPECIAL CHARACTERISTICS (INCLUDING CLOTHING) |
|---|
| |

**VEHICLES**

| STATUS | REG.STATE | REG.NO. | PLATE TYPE | YEAR(EXP) | MODEL |
|---|---|---|---|---|---|
| N/A | MA | 942AT9 | PAN | 2009 | TAURUS |

| VEHICLE MAKE YEAR | V.I.N. | STYLE | COLOR(TOP-BOTTOM) |
|---|---|---|---|
| FORD - 2005 | 1FAFP53U05A290149 | SEDAN | GREY - GREY |

| OPERATOR'S NAME | LICENSE NO. | STATE | OPERATOR'S ADDRESS |
|---|---|---|---|
| SHEPHERD, THERESA L. | S49643988 | MA | |

| OWNER'S NAME | OWNER ADDRESS |
|---|---|
| SHEPHERD, THERESA L. | |

**PROPERTY**

| STATUS | TYPE OF PROPERTY | SERIAL | BRAND NAME - DESCRIPTION | MODEL | VALUE |
|---|---|---|---|---|---|
| N/A | AUTOMOBILES | | MA LICENSE PLATE - LICENSE PLATE FRAUD | 942AT9 | $0.00 |

Requested by : 106137

Requested on : 04/29/2008 04:17:39 PM

Page 2 of 2

NARRATIVE AND ADDITIONAL INFORMATION:

About 5:30 p.m., on April 4, 2008 the above victim walked into the Area B3 Station to report her license plate number (942AT9) number being used illegally by her boyfriend's fomer girlfriend. The victim reported that the suspect (Jawana Bostick) admitted to her that she wrote down the victim's license plate number to get back at her because of the victim's relationship with the suspect's (Jawana) former boyfriend. The victim had with her a delinquent violation notice due to all night parking in The Town of Watertown, Tarrytown, NY. Victim reported she has never been or heard of this town.

| UNIT ASSIGNED | SHIFT | REPORTING OFFICER'S NAME | | REPORTING OFFICER'S ID | PARTNER'S ID |
|---|---|---|---|---|---|
| CD96 | 3 | Gallagher,Lisa | | 106137 | 0 |

SPECIAL UNITS NOTIFIED(REPORTING)

| DATE OF REPORT | TIME COMPLETED | APPROVING SUPERVISOR NAME | APPROVING SUPERVISOR ID |
|---|---|---|---|
| 04/04/2008 | 05:59 PM | STEVEN P.MCLAUGHLIN | 9983 |





THE COMMONWEALTH OF MASSACHUSETTS
REGISTRY OF MOTOR VEHICLES
P.O. BOX 55889 BOSTON, MA 02205-5889
www.mass.gov/rmv

CERTIFICATE OF
PLATE OF PASSENGER

PLEASE KEEP THIS DOCUMENT
IN YOUR VEHICLE AT ALL TIMES

EXPIRES
LAST DAY OF

MONTH 09   YEAR 09

NAME(S) OF OWNER(S) AND MAILING ADDRESS

SHEPHERD

PLATE TYPE   PAN
REGISTRATION NUMBER   942AT9

FEES:
REGISTRATION   33.00
TITLE   50.00
SPECIAL PLATES   0.00
SALES TAX   465.00

TOTAL   548.00

RESIDENTIAL ADDRESS (IF DIFFERENT)

YEAR/MODEL   2005   FORD   TAURUS   SEDAN   GRAY
V.I.N.   1FAFP53U05A290149

VEHICLE INSURANCE COMPANY   COMMERCE INSURANCE

NOT VALID UNTIL STAMPED WITH OFFICIAL SIGNATURE

EFFECTIVE DATE   12/98/200
TRANSACTION NUMBER   01734253770

Anne L. Collins
REGISTRAR

**The Codman Square Health Center**
637 Washington Street  Dorchester, MA 02124
617-825-9660  Fax:

May 9, 2006
Page 1
Chart Document

MS. THERESA SHEPHERD                                    (617)717-9816
Female  DOB:                                              Ins:





**The Codman Square Health Center**
637 Washington Street  Dorchester, MA 02124
617-825-9660  Fax:

Cli...

**MS. THERESA SHEPHERD**
Female  DOB:

: (617)717-

Ins:

5



The Commonwealth of Massachusetts
Executive Office of Health and Human Services
**MASSACHUSETTS REHABILITATION COMMISSION**

# DISABILITY DETERMINATION SERVICES

110 CHAUNCY STREET    -   BOSTON, MA 02111

Telephone: 617-727-1600
Toll Free: 800-882-2040
Hearing Impaired: 800-223-3212

Date:  05/24/2006



THERESA SHEPHERD

▮▮▮▮▮▮▮▮▮▮▮▮▮

This office is handling the disability claim that you filed at your Social Security Office. We will be reviewing your medical records in order to evaluate the severity of your condition and how it affects your ability to work.

To get a quick and fair decision on your claim, you can help us in these ways:

1.   We have requested medical records from your doctors and other sources. You can help us by asking your doctors to respond to our request and by sending us copies of records you may have. However, you are not required to do this.

2.   If we need additional information, we may arrange a medical exam for you at our expense. **If an exam is needed, you must go.** Without this exam your claim might not have enough information.

3.   Please call me immediately if:

   - You change your address or telephone number.
   - You return to work or change your work.
   - Your condition changes, you become hospitalized, or see any new doctors.
   - You want copies of the requests we sent to your sources.

**Please complete, sign and date the enclosed form(s) and return them to me as shown in the enclosed "Return Instructions" page within 10 days.**

I need more information from you. It is important that you contact me as soon as possible. Please call me or have someone you know help you (a friend, family member, social worker, etc.). You can call me at 617-654-7637 between 9:00 A.M. and 4:00 P.M. during the week. If dialing long distance you can use our toll free number, 800-882-2040, and ask for extension 7637.

Sincerely,

RAYELYNE JEAN          617-654-7637
Vocational Disability Examiner

Enclosures:    Business Reply Envelope, d0601 d0619

MADDS-D0113 (12/2005)    S24 - Q320 - 17 / (q320)  |  CASE NO: 1187623

FROM: Theresa Shepherd 617 717-9811

30 pAges

24 pages

CENTRUS **EARLY MATERNAL DISCHARGE** VISIT REPORT and TII